# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | |
|---|---|
| Joan Milstead, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Civil Action No. <br> ) 12-3093-CV-S-JTM |
| Carolyn W. Colvin, | ) <br> ) |
| Defendant. | ) <br> ) |

## O R D E R

On March 22, 2012, the Court heard oral argument on the *Plaintiff's Social Security Brief,* filed November 5, 2012, [Doc. 15] and the *Brief For Defendant*, filed January 22, 2012, [Doc. 18]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the March 22, 2012 oral argument, it is

**ORDERED** that the conclusion of the Commissioner is **AFFIRMED**.

                                       */s/ John T. Maughmer*
                                       **JOHN T. MAUGHMER**
                                       **U. S. MAGISTRATE JUDGE**