IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| Joan Milstead, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 12-3093-CV-S-JTM |
| Carolyn W. Colvin, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

On March 22, 2012, the Court heard oral argument on the *Plaintiff's Social Security Brief,* filed November 5, 2012, [Doc. 15] and the *Brief For Defendant*, filed January 22, 2012, [Doc. 18]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the March 22, 2012 oral argument, it is

**ORDERED** that the conclusion of the Commissioner is **AFFIRMED**.

      */s/ John T. Maughmer*
      **JOHN T. MAUGHMER**
      **U. S. MAGISTRATE JUDGE**